CHARLES S. PAINTER (SBN 89045)
REBECCA L. MENENDEZ (SBN 262487)
**ERICKSEN ARBUTHNOT**
100 Howe Avenue, Suite 110 South
Sacramento, CA 95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendants,
SAN JOAQUIN REGIONAL TRANSIT DISTRICT,
DONNA DEMARTINO AND BRAD MENIL

UNITED STATES DISTRICT COIRT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALGAMATED TRANSIT UNION LOCAL 276, AND ALAN WAGNER,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN JOAQUIN REGIONAL TRANSIT DISTRICT, DONNA DeMARTINI, AND BRADMENIL in their individual and official capacities, ,<br><br>Defendants. | Case No.: 2:18-cv-01480-TLN-CKD<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT, SAN JOAQUIN REGIONAL TRANSIT DISTRICTS, TIME TO RESPOND TO COMPLAINT [LOCAL RULE, 144]** |

WHEREAS, Defendant, SAN JOAQUIN REGIONAL TRANSIT DISTRICT, was served with, among other things, the Summons and Complaint in this action on June 22, 2018.

WHEREAS, the United States District Court Eastern District of California, Local Rules, Rule 144 allows the parties to stipulate to one 28-day extension of time for Defendants to file responsive pleadings and an extension beyond 28 days requires court approval, which the parties are seeking herein;

WHEREAS, defendants DONNA DEMARTINO AND BRAD MENIL have authorized the ERICKSEN ARBUTHNOT law firm to accept service of the Summons, Complaint and other necessary legal papers and the attorneys for those defendant have agreed

that defendants DONNA DEMARTINO AND BRAD MENIL responsive pleadings are due on Friday June 21, 2018.

WHEREAS, due to mistake, inadvertence and excuse neglect on the part of attorney Charles S. Painter he technically violated the local by failing to comply with Local Rule 144 and takes this opportunity to apologies to the court and all other counsel.

WHEREAS, the parties are attempting in good faith to settle this matter, the parties have agree and request the court to order Defendant, SAN JOAQUIN REGIONAL TRANSIT DISTRIC additional time to file responsive pleadings to and including Friday September 21, 2018 which is the date the individual defendants responsive pleadings are now due.

COME NOW, Plaintiffs, AMALGAMATED TRANSIT UNION LOCAL 276, AND ALAN WAGNER, by and through their attorneys of record, and Defendants, SAN JOAQUIN REGIONAL TRANSIT DISTRICT, DONNA DEMARTINO AND BRAD MENIL'S by and through their attorneys of record, and stipulate that Defendants, SAN JOAQUIN REGIONAL TRANSIT DISTRICT, DONNA DEMARTINO AND BRAD MENIL'S responsive pleading will due on Friday September 21, 2018.

DATED: August 31, 2018

             ERICKSEN ARBUTHNOT

        By */S/ Charles S. Painter*

             CHARLES S. PAINTER
             Attorneys for Defendants

DATED: August 31, 2018

             DESPRES, SCHWARTZ & GEOGHEGAN, LTD.

             */S/ Thomas H. Geoghegan*
             (As authorized on 8/31/18)
        By

             THOMAS H. GEOGHEGAN
             Attorneys for Plaintiffs

///

IT IS SO ORDERED:

Dated: September 10, 2018

_____
Troy L. Nunley
United States District Judge